IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GRABOVAN, and DANIEL OGLANDER, as individuals, and on behalf of other person similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CULINARY CENTER LLC, a New York Domestic Limited Liability Company, THE INTERNATIONAL CULINARY CENTER OF CALIFORNIA, LLC, a California Limited Liability Company, DOROTHY HAMILTON, an individual, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 14-cv-05147-KBF<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew J. Demko, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants International Culinary Center LLC, The International Culinary Center of California, LLC, and Dorothy Hamilton, in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  August 6, 2014

Respectfully submitted,

/s/ Andrew J. Demko
Andrew J. Demko
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone:  (310) 788-4462
Fax:  (310) 712-8436
andrew.demko@kattenlaw.com