## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARRY GRABOVAN, and DANIEL OGLANDER, as individuals, and on behalf of other person similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>INTERNATIONAL CULINARY CENTER LLC, a New York Domestic Limited Liability Company, THE INTERNATIONAL CULINARY CENTER OF CALIFORNIA, LLC, a California Limited Liability Company, DOROTHY HAMILTON, an individual, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 14-cv-05147-KBF<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Andrew J. Demko, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> Andrew J. Demko
> KATTEN MUCHIN ROSENMAN LLP
> 2029 Century Park East
> Los Angeles, CA 90067
> Telephone: (310) 788-4462
> Fax: (310) 712-8436
> andrew.demko@kattenlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
                                                                    United States District/Magistrate Judge