USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LARRY GRABOVAN et al.,

                Plaintiffs,

      -v-

INTERNATIONAL CULINARY CENTER LLC
et al.,

                Defendants.

------------------------------------------------------------X

14-cv-5147 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    The schedule for this action shall be as follows:

1. Motion to dismiss (ECF No. 32):

    a. Opposition: **September 19, 2014**

    b. Reply: **September 26, 2014**

2. Motion to certify a class:

    a. Opening: **March 2, 2015**

    b. Opposition: **April 2, 2015**

    c. Reply: **April 15, 2015**

3. Discovery:

    a. Close of fact discovery: **May 15, 2015**

    b. Close of expert discovery: **June 15, 2015**

4. Last day to file motion for summary judgment:

    a. Opening: **June 15, 2015**

   b. Opposition: **June 30, 2015**

   c. Reply: **July 10, 2015**

5. Trial:

   a. Pretrial materials, including the Joint Pretrial Order ("JPTO"):

  **September 25, 2015.**

   b. Final Pretrial Conference ("FPTC"): **September 28, 2015, at 9 a.m.**

     i. Motions in limine are due **two weeks** before the FPTC; oppositions are due one week later.

     ii. <u>Daubert</u> motions are due **four weeks** before the FPTC; oppositions are due two weeks later. (No replies.)

   c. Trial commencement date: **October 5, 2015**.

The next status conference is set for **November 7, 2014, at 1:30 p.m.** The conference shall be telephonic. Parties shall call Chambers (202-805-0276) from one line at the designated time.

  SO ORDERED.

Dated:  New York, New York
     September 8, 2014

                 /s/ K. B. Forrest
                 _____
                 KATHERINE B. FORREST
                 United States District Judge